IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKANINYENE EFIONG AKAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERINTENDENT SCI FOREST, DISTRICT ATTORNEY ALLEGHENY COUNTY, ATTORNEY GENERAL FOR THE STATE OF PENNSYLVANIA,<br><br>　　　　Defendants. | 2:17-CV-00938-CCW-LPL<br><br>District Judge Christy Criswell Wiegand<br>Magistrate Judge Maureen P. Kelly<br><br>ECF Nos. 20, 34 & 38 |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 1, 2021, Magistrate Judge Lenihan issued a Report, ECF No. 39, recommending that Petitioner's Motion for Preliminary Injunctive Relief, ECF No. 20, Motion for Special Relief, ECF No. 34, and Motion for Order to Superintendent of SCI-Forest for Single-Celled Protective Custody Housing, ECF No. 38, all be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Petitioner's Motions, ECF Nos. 20, 34, and 38, are **DENIED**, and the Magistrate Judge's Report and Recommendation, ECF No. 39 is adopted as the Opinion of the District Court.

　　IT IS SO ORDERED.

　　DATED this 21st day of April, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc: The Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Akaninyene Efiong Akan
KP 8782
SCI Forest
PO Box 945
Marienville, PA 16239-0945

All Counsel of Record via CM/ECF