IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKANINYENE EFIONG AKAN,<br><br>Plaintiff,<br><br>v.<br><br>SUPERINTENDENT SCI FOREST, DISTRICT ATTORNEY ALLEGHENY COUNTY, and ATTORNEY GENERAL FOR THE STATE OF PENNSYLVANIA,<br><br>Defendants. | 2:17-CV-00938-CCW-LPL<br><br>District Judge Christy Criswell Wiegand<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 4, 2022, Magistrate Judge Lenihan issued a Report, ECF No. 74, recommending that Petitioner's Amended Petition for Writ of Habeas Corpus, ECF No. 15, be denied, and further recommending that no certificate of appealability be issued. Service of the Report and Recommendation was made on the parties, and Petitioner has filed objections. *See* ECF No. 76.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is **ORDERED** that Petitioner's Amended Petition is **DENIED**, no certificate of appealability will be issued, and the Magistrate Judge's Report and Recommendation, ECF No. 74, is adopted as the Opinion of the District Court.

2

IT IS SO ORDERED.

DATED this 10th day of May, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc: The Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Akaninyene Efiong Akan
KP 8782
SCI Forest
PO Box 945
Marienville, PA 16239-0945

All Counsel of Record via CM/ECF